**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Matthew A. Davis         CHAPTER 13
        <u>Debtor</u>

BKY. NO. 18-16087 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P and index same on the master mailing list.

    Respectfully submitted,

**/s/ Rebecca A. Solarz, Esq**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322