United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16087-amc
Matthew A. Davis                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Mar 20, 2019
                              Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.
```
db          +Matthew A. Davis,   56 Cameron Road,   Huntingdon Valley, PA 19006-1402
cr          +MTGLQ INVESTORS, L.P.,    Shellpoint Mortgage Servicing as service,    c/o REBECCA ANN SOLARZ,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14203966    +BUCKS COUNTY TAX CLAIM BUREAU,    c/o JOHN A. TORRENTE,   680 Middletown Blvd.,   PO Box 308,
              Langhorne, PA 19047-0308
14196504    +Bucks County Tax Claim Bureau,    55 East Court Street,   Doylestown, PA 18901-4318
14196506    +KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,   701 Market Street,
              Philadelphia, PA 19106-1538
14276559    +MTGLQ INVESTORS, L.P.,    Shellpoint Mortgage Servicing servicer,    c/o REBECCA ANN SOLARZ,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14196507    +MTGLQ Investors, LP,   75 Beattie Place,   Suite 300,   Greenville, SC 29601-2138
14196508    +Newpennfin-shellpointm,   55 Beattie Place,   Greenville, SC 29601-2165
14196509    #+Scott F. Waterman, Esquire,   110 W. Front Street,   Media, PA 19063-3208
14196510    +Specialized Loan Services,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
14204505    +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
14196511   +++The Bureaus Inc,   c/o PRA Receivables Mgmt, LLC,   PO Box 41021,   Norfolk VA 23541-1021
14201664   +++The Bureaus, Inc.,   c/o PRA Receivables Management, LLC,   PO Box 41021,
              Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Mar 21 2019 02:26:23     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 21 2019 02:26:20     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 21 2019 02:23:26
              BMW Bank of North America, c/o AIS Portfolio Servi,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
14199325    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 21 2019 02:23:41
              BMW Bank of North America,   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
14196503     E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 21 2019 02:23:14     Bmw Financial Services,
              5515 Parkcenter Cir,   Dublin, OH 43017
14196505    +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 21 2019 02:26:44
              Credit Collection Serv,   Po Box 607,   Norwood, MA 02062-0607
14217723     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2019 02:25:50
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
cr*         +BUCKS COUNTY TAX CLAIM BUREAU,    c/o JOHN A. TORRENTE,   680 Middletown Blvd.,   PO Box 308,
              Langhorne, PA 19047-0308
cr*         +The Bureaus, Inc.,   c/o PRA Receivables Management, LLC,   PO Box 41021,
              Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John              Page 2 of 2             Date Rcvd: Mar 20, 2019
                              Form ID: pdf900         Total Noticed: 20
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOHN A. TORRENTE    on behalf of Creditor    BUCKS COUNTY TAX CLAIM BUREAU
               jtorrente@begleycarlin.com
              KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for The Bank
               of New York Mellon f/k/a The Bank of New York as successor Indenture Trustee to JP Morgan Chase
               Bank, National Association for CWHEQ Revolving kebeck@bernsteinlaw.com,  DMcKay@bernsteinlaw.com
              PATRICIA M. MAYER    on behalf of Debtor Matthew A. Davis patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW A. DAVIS      Chapter 13

Debtor      Bankruptcy No. 18-16087-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this __20th__ day of __March__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PATRICIA M. MAYER, ESQUIRE
WATERMAN & MAYER  LLP
301 OXFORD VALLEY RD - SUITE 203B
YARDLEY, PA 19067-

Debtor:
MATTHEW A. DAVIS

56 CAMERON ROAD

HUNTINGDON VALLEY, PA 19006